FILED

'19 FEB -5 P 1:41

US DISTRICT COURT
HARTFORD CT


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANNY CASTILLO,<br>PASCUAL IVAN MEDINA, and<br>ALEXIS VELEZ | No. 3:19CR 37 VLB<br><br>VIOLATIONS:<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)<br>(Possession with Intent to Distribute, and Distribution of, 400 Grams or More of Fentanyl)<br><br>21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute, and to Distribute, Fentanyl)<br><br>18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)<br><br>26 U.S.C. § 5861(d) (Possession of an Unregistered Short Barrel Shotgun)<br><br>18 U.S.C. § 2 (Aiding and Abetting)<br><br>21 U.S.C. § 853 (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Possess with Intent to Distribute, and to Distribute, Fentanyl)

1. From approximately October 2018 through January 25, 2019, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants DANNY CASTILLO and PASCUAL IVAN MEDINA, together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

1

2. It was a part and an object of the conspiracy that the defendants CASTILLO and MEDINA, together with others known and unknown to the Grand Jury, would distribute and possess with intent to distribute a controlled substance, namely, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), in violation of Title 21, United States Code, Section 841(a)(1).

QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY

3. Defendant CASTILLO knew and reasonably should have foreseen from his own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation Title 21, United States Code, Section 841(b)(1)(A)(vi).

4. Defendant MEDINA knew and reasonably should have foreseen from his own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation Title 21, United States Code, Section 841(b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute, and Distribution of, Fentanyl)

5. On or about October 9, 2018, in the District of Connecticut, the defendants DANNY CASTILLO and PASCUAL IVAN MEDINA knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
(Possession with Intent to Distribute, and Distribution of, Fentanyl)

6. On or about October 10, 2018, in the District of Connecticut, the defendants DANNY CASTILLO and PASCUAL IVAN MEDINA knowingly and intentionally possessed with intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT FOUR
(Possession with Intent to Distribute, and Distribution of, Fentanyl)

7. On or about October 17, 2018, in the District of Connecticut, the defendants DANNY CASTILLO and PASCUAL IVAN MEDINA knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
(Possession with Intent to Distribute, and Distribution of, Fentanyl)

8. On or about November 15, 2018, in the District of Connecticut, the defendants DANNY CASTILLO and PASCUAL IVAN MEDINA knowingly and intentionally possessed

with intent to distribute and distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX
(Possession with Intent to Distribute, and Distribution of, Fentanyl)

9. On or about December 14, 2018, in the District of Connecticut, the defendant DANNY CASTILLO knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN
(Possession with Intent to Distribute, and Distribution of, Fentanyl)

10. On or about January 9, 2019, in the District of Connecticut, the defendant DANNY CASTILLO knowingly and intentionally possessed with intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT EIGHT
(Possession with Intent to Distribute 40 Grams or More of Fentanyl
and 28 Grams or More of Cocaine Base)

11. On or about January 25, 2019, in the District of Connecticut, the defendant ALEXIS VELEZ knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl and 28 grams or more of a

mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and (vi).

## COUNT NINE
(Possession with Intent to Distribute 400 Grams or More of Fentanyl)

12. On or about January 25, 2019, in the District of Connecticut, the defendant DANNY CASTILLO knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT TEN
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

13. On or about January 25, 2019, in the District of Connecticut, the defendant DANNY CASTILLO did knowingly possess firearms, namely, an Ithaca, 16-gauge shotgun, bearing serial number 464192-2, and a Smith & Wesson, Model 686, .357 caliber revolver, bearing serial number BPJ6733, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), as charged in Count Nine of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT ELEVEN
(Possession of an Unregistered Short-barrel Shotgun)

14. On or about January 25, 2019, in the District of Connecticut, the defendant DANNY CASTILLO, knowingly received and possessed a firearm, that is, an Ithaca, 16-gauge shotgun, bearing serial number 464192-2, with a barrel length less than 18 inches that was not registered to the defendant in the National Firearm Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845(a)(1), 5861(d) and 5871.

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

15. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Nine of this Indictment, the defendants DANNY CASTILLO, PASCUAL IVAN MEDINA, and ALEXIS VELEZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses. including, but not limited to, the following: (1) approximately $500 in United States currency seized from the person or possession of DANNY CASTILLO on January 25, 2019; (2) approximately $4,060 in United States Currency seized from the person or possession of ALEXIS VELEZ on January 25, 2019; (3) an Ithaca, 16-gauge shotgun, bearing serial number 464192-2, seized from 7 Woodland Street, Apartment 107, Hartford, Connecticut, on January 25, 2019; (4) a Smith & Wesson, Model 686, .357 caliber revolver, bearing serial number BPJ6733 seized from 7 Woodland Street, Apartment

107, Hartford, Connecticut, on January 25, 2019; and (5) a Jimenez Arms, Model J.A. 380, .380 caliber pistol, bearing serial number 021184, seized from 891 West Boulevard, Apartment 313, Hartford, Connecticut, on January 25, 2019.

16. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearms Offenses)

17. Upon conviction of one or more of the offenses alleged in Counts Ten and Eleven of this Indictment, the defendant DANNY CASTILLO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (a) an Ithaca, 16-gauge shotgun, bearing serial number 464192-2, seized from 7 Woodland Street, Apartment 107, Hartford, Connecticut, on January 25, 2019; and (b) a Smith & Wesson, Model 686, .357 caliber

revolver, bearing serial number BPJ6733 seized from 7 Woodland Street, Apartment 107, Hartford, Connecticut, on January 25, 2019.

All in accordance with Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY